IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL  NO. H-12-600-6 |
| LESLIE CLARK | § | |

# O R D E R

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 171). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 1, 2014, at 9:00 a.m.** The motion will remain under seal.

SIGNED on November 12, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge