IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600-6 |
| | § § § § | |
| LESLIE CLARK | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 207). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 9, 2014, at 9:00 a.m.** The motion will remain under seal.

SIGNED on June 23, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge