United States District Court
Southern District of Texas
**ENTERED**
June 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600-6 |
| | § | |
| LESLIE CLARK | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 600). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 24, 2016, at 9:00 a.m.** Objections to the presentence report are due by August 10, 2016.

SIGNED on June 9, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge