United States District Court
Southern District of Texas
**ENTERED**
August 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-600-6 |
| LESLIE CLARK | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 625). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 2, 2016, at 10:00 a.m.** Objections to the presentence report are due by November 15, 2016.

SIGNED on August 18, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge